# EXAMINATION SHEET - CHAPTER 13
# FIRST MEETING OF CREDITORS

NAME: __JOAN O. ISAAC__   DATE: __11/30/2017__

COUNSEL: __WHITNEY KASTER ESQ__   CASE NO: __17-52534__

____ The First Meeting of Creditors has been concluded.

__X__ The First Meeting of Creditors has been adjourned for the following reasons:

## NOTICE

If you and/or your attorney do not resolve the items below by __1-11-18__ at __8:30__ (AM)/PM, the Trustee will ask the court to dismiss your case. Dismissal could result in state court foreclosure and garnishment of your wages. Under the new bankruptcy law, this case may be your only opportunity to save your home and reorganize your debt.

____ Debtor(s) did not appear                  ____ Attorney did not appear

____ Rescheduled by attorney                   ____ Chapter 13 payment

____ Tax returns                               ____ Paystubs

____ Financial statements                      ____ Proof of auto & homeowner's insurance

____ Trustee to review financial statements    ____ Bank Statements

____ Trustee filing motion to dismiss          ____ To allow the Trustee time to review, items must be filed by ____

__X__ Schedules must be amended for: _Remove auto payment from Schedule J (being paid inside plan)_

__X__ Plan must be amended for: _Need to amend attorney fee statement - Debtor paid all up front. Need at least 10% to unsecured._

____ Means test must be amended for: ____

__X__ Other: _Need to file Right & Responsibility with Court._

_Whitney Kaster_                               _Joan O. Isaac_
ATTORNEY FOR DEBTOR(S)                         Debtor

                                               _____
                                               Debtor

HOLLY BYLER
Office of the Chapter 13 Trustee
330-762-6335 Ext. 225
hbyler@ch13akron.com
Please contact the person above for questions regarding this form.

CHAPTER 13
TRUSTEE
KEITH L. RUCINSKI

One Cascade Plaza
SUITE 2020
AKRON, OHIO 44308

(330) 762-6335
FAX: (330) 762-7072

White-Trustee, Canary-Attorney, Pink-Debtor